IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3100 |
| vs. | |
| CARLOS ESCOBAR, JOSE HERNANDEZ-VALLEJO, and SANTOS RAMIREZ-MORALES, | AMENDED ORDER |
| Defendants. | |

Defendant Escobar, has moved to continue the pretrial motion deadline, (filing no. 36), because the defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Escobar's motion to continue, (filing no. 36), is granted.

2) **As to all defendants,** pretrial motions and briefs shall be filed on or before November 18, 2015.

3) **As to all defendants,** Trial of this case is continued pending resolution of any pretrial motions filed.

4) **As to all defendants,** the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between October 28, 2015 and November 18, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

November 5, 2015.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge