IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3100 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| CARLOS ESCOBAR and SANTOS RAMIREZ-MORALES, | ) | |
| Defendants. | ) | |

On March 8, 2016, following an evidentiary hearing, Magistrate Judge Cheryl R. Zwart made certain findings of fact and recommended that Defendants' motions to suppress (Filing Nos. 49, 51) be denied in their entirety (Filing No. 77).

On March 21, 2016, Defendant Carlos Escobar filed a statement of objections to the Magistrate Judge's findings and recommendation (Filing No. 78). Defendant Santos Ramirez-Morales has not filed a statement of objections, and the time period prescribed by 28 U.S.C. § 636(b) for doing so has now elapsed.

I have conducted a de novo review of the record. I find that inasmuch as Judge Zwart has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motions to suppress should be denied in all respects.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (Filing No. 77) are adopted.

2. Defendant Carlos Escobar's statement of objections (Filing No. 78) is denied.

3. Defendants' motions to suppress (Filing Nos. 49, 51) are denied in their entirety.

DATED this 28th day of March, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge